```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

WEST COAST 2014-7, LLC,

                                Plaintiff,
             -against-

TANYA M. WATSON and NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

                              Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING**

**SETTLEMENT CONFERENCE**

21-CV-3403 (GBD)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Monday, December 6, 2021 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.   Parties must attend in-person with their counsel.  **Defendant's out of state client may attend this conference by telephone.**  Corporate parties must send the person with decision making authority to settle the matter to the conference.  **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **November 29, 2021 by 5:00 p.m.**

    SO ORDERED.

Dated: October 27, 2021
       New York, New York

                                                                         _____
                                                                         KATHARINE H. PARKER
                                                                         United States Magistrate Judge