```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

WEST COAST 2014-7, LLC,

                                    Plaintiff,

    -against-

TANYA M. WATSON and NEW YORK CITY
ENVIRONMENTAL CONTROL BOARD,

                                  Defendants.
----------------------------------------------------------------X

**ORDER RESCHEDULING AND CONVERTING SETTLEMENT CONFERENCE TO TELEPHONIC**

21-CV-3403 (GBD)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference in this matter scheduled for Monday, December 6, 2021 at 2:00 p.m. is hereby rescheduled to **Monday, December 6, 2021 at 3:00 p.m. and converted to a telephonic conference.**  Parties must attend with their counsel.  The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time.  **A security code will be emailed to counsel by chambers for his proceeding.**  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **November 29, 2021 by 5:00 p.m.**

    SO ORDERED.

Dated: November 23, 2021
       New York, New York

                                                                  _____
                                                                  KATHARINE H. PARKER
                                                                  United States Magistrate Judge